**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Joseph KOLEK, Defendant-Appellant.**

**No. 84–5072.**

United States Court of Appeals, Ninth Circuit.

March 23, 1984.

Edward C. Weiner, Asst. U.S. Atty., Peter K. Nunez, U.S. Atty., San Diego, Cal., for plaintiff-appellee.

Michael D. Stein, San Diego, Cal., for defendant-appellant.

Before SCHROEDER, FARRIS and CANBY, Circuit Judges.

## ORDER

◼ Despite defendant's assertion to the contrary, our jurisdiction over prejudgment bail matters is appellate, not original. *See* 18 U.S.C. § 3147(b); Fed.R.App.P. 9(a). That jurisdiction is invoked by the filing of a notice of appeal filed within 10 days of the date of entry of the district court's bail order. *See* Fed.R.App.P. 4(b).

◼ Consequently, we lack jurisdiction over defendant's request for a reduction of bail pending trial. We therefore remand this appeal to the district court to afford defendant an opportunity to demonstrate excusable neglect for his failure to file a timely notice of appeal. *See id.; United States v. Stolarz,* 547 F.2d 108, 111 (9th Cir.1976).